AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSE SEBASTIAN SANCHEZ VELIZ,

                                    JUDGMENT IN A CIVIL CASE

       v.                            CASE NUMBER: CV 322-067

STACEY N. STONE, Warden,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 17, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, Petitioner's petition filed pursuant to 28 U.S.C. § 2241 is dismissed without prejudice, Respondent's motion to dismiss is granted, and this civil action stands closed.



| October 17, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Asbell* |
| | (By) Deputy Clerk |